**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-7409**

---

STANLEY A. SLUPKOWSKI,

Petitioner - Appellant,

versus

RANDY ETERNICK, Associate Warden for Medical
Services at FMC - Butner,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (CA-05-214-5-BO)

---

Submitted: April 27, 2006              Decided: May 3, 2006

---

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Stanley A. Slupkowski, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stanley A. Slupkowski appeals the district court's order dismissing as frivolous his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Slupkowski v. Eternick, No. CA-05-214-5-BO (E.D.N.C. May 26, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED